IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Neely, Rene M

Printed: 5/27/08

Case Number: 07 B 18017
Judge: Hollis, Pamela S

Filed: 10/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 14, 2008
Confirmed: December 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,042.00 |  |
| Secured: |  | 539.72 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 446.01 |
| Trustee Fee: |  | 56.27 |
| Other Funds: |  | 0.00 |
| Totals: | 1,042.00 | 1,042.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | James M Philbrick | Administrative | 500.00 | 446.01 |
| 2. | Jennifer A Blanc Douge | Administrative | 2,525.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | GMAC Auto Financing | Secured | 26,978.35 | 539.72 |
| 5. | Washington Mutual | Secured | 13,101.64 | 0.00 |
| 6. | Premier Bankcard | Unsecured | 27.00 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 28.50 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 120.80 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 29.32 | 0.00 |
| 10. | GMAC Auto Financing | Unsecured | 0.00 | 0.00 |
| 11. | Sallie Mae | Unsecured | 9,248.66 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 45.42 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 53.80 | 0.00 |
| 14. | AT&T | Unsecured |  | No Claim Filed |
| 15. | Citibank | Unsecured |  | No Claim Filed |
| 16. | Chicago Municipal Ct Dist | Unsecured |  | No Claim Filed |
| 17. | Comcast | Unsecured |  | No Claim Filed |
| 18. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 19. | Frst Ntnl Bnk/Save Cre | Unsecured |  | No Claim Filed |
| 20. | Accounts Receivable Services Inc | Unsecured |  | No Claim Filed |
| 21. | One Click Cash | Unsecured |  | No Claim Filed |
| 22. | Pekay & Blitstein P C | Unsecured |  | No Claim Filed |
| 23. | AFNI | Unsecured |  | No Claim Filed |
| 24. | Professional Account Management | Unsecured |  | No Claim Filed |
| 25. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Neely, Rene M | Case Number: 07 B 18017 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 5/27/08 | Filed: 10/2/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Nationwide Cassel | Unsecured | | No Claim Filed |
| 27. | United States Dept Of Education | Unsecured | | No Claim Filed |
| 28. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 29. | Verizon Wireless Midwest | Unsecured | | No Claim Filed |
| 30. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 31. | The Diamond Center | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 52,658.49 | $ 985.73 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 56.27 |
| | _____ |
| | $ 56.27 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____